UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61899-RS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, The Smiley Company SPRL ("Smiley"), by undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, hereby submits its Certificate of Interested Parties and Corporate Disclosure Statement.

**I.    Interested Persons**

The persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

    A.  The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A" to the Complaint

    B.  The Smiley Company SPRL

    C.  The Brickell IP Group, PLLC (Plaintiff's counsel)

    D.  Axencis Inc. (Plaintiff's third party investigator and agent)

## II. Corporate Disclosure Statement

Plaintiff hereby certifies that there are no parent corporations and/or publicly held corporations owning 10% or more of The Smiley Company SPRL's stock.

Date: October 11, 2023                    Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*