UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61899-CIV-SMITH

THE SMILEY COMPANY SPRL,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

_____/

## ORDER GRANTING MOTION TO SEAL

This matter is before the Court on Plaintiff's Motion to File Under Seal [DE 4]. Plaintiff requests that Schedule "A" to Plaintiff's Complaint be filed under seal until the Court can rule on the Plaintiff's request for *ex parte* relief and, if granted, the relief ordered therein has been effectuated. The Court, having reviewed Plaintiff's Motion to File Under Seal [DE 4], the record, and upon due consideration, it is hereby

**ORDERED** that:

1. Plaintiff's Motion to File Under Seal **[DE 4]** is **GRANTED**.

2. Schedule "A" to Plaintiff's Complaint shall be filed under seal and shall remain under seal until further order from this Court.

3. Within seven (7) days of completing service, Plaintiff must move to unseal Schedule "A" and add all of the Defendants as parties through the Court's CM-ECF system.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of August, 2024.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record