UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61899-CIV-SMITH

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice [DE 15].  Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims against Defendant are **DISMISSED without prejudice**.

2. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 6th day of September, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record